UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASAN CHIP SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>STREAM TV NETWORKS, INC.,<br><br>    Defendant. | Case No. 20-cv-01848-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

At the June 16, 2020 Case Management Conference, Plaintiff reported that this case has settled, and the Court directed Plaintiff to file a notice of voluntary dismissal. *See* Dkt. 11. To date, no dismissal has been filed.

By **October 20, 2020**, Plaintiff shall file a notice or stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **October 27, 2020 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **October 20, 2020**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: October 2, 2020

SUSAN VAN KEULEN
United States Magistrate Judge